UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DE VAUGHAN SMITH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-1612** |
| **UNITED STATES OF AMERICA** | **SECTION "M"(3)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law, the United States Magistrate Judge's Report and Recommendation, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by De Vaughan Smith is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 9th day of May, 2019.

_____
**BARRY W. ASHE**
**UNITED STATES DISTRICT JUDGE**