UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEVAUGHAN SMITH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-1612** |
| **UNITED STATES OF AMERICA** | **SECTION M (3)** |

# O R D E R

The Court, having considered the petition, the record, the applicable law, the magistrate judge's Report and Recommendation ("R&R"), and the failure of any party to file any objection to the R&R, hereby approves the R&R and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by DeVaughan Smith is **DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**.

New Orleans, Louisiana, this 18th day of November, 2021.

_____
**BARRY W. ASHE**
**UNITED STATES DISTRICT JUDGE**